=================================================================================

## * * * * * UNITED STATES DISTRICT COURT * * * * *

__NORTHERN__           DISTRICT OF           __NEW YORK__

JUDGMENT IN A CIVIL CASE

DOCKET NO. 6:03-CV-0205 (LEK/GHL)

LINDA MATTHEWS,

                    **Plaintiff,**

     v.

COMMISSIONER OF SOCIAL SECURITY,

                    **Defendant.**

_____     **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____XX____     **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report-Recommendation of the Honorable George H. Lowe, dated May 11, 2006, is **APPROVED** and **ADOPTED** in its **ENTIRETY**; **IT IS FURTHER ORDERED**, that in the above entitled action, the case is **DISMISSED** in favor of the Plaintiff and against the Defendant and this case is **REMANDED** to the Commissioner for further proceedings in accordance with the **DECISION AND ORDER** of the Honorable Lawrence E. Kahn, U. S. District Judge, dated **August 28, 2006**.

**DATE:**    **August 28, 2006**                    *LAWRENCE K. BAERMAN*
                                                   CLERK OF THE COURT


                                                   Lawrence E. Kahn
                                                   U.S. District Judge